UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAIQUAN K. FALLS,<br><br>         Plaintiff,<br><br>   -against-<br><br>ANTHONY J. ANNUCCI, ET AL,<br><br>         Defendants. | 22-CV-8055 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the January 19, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

 Dated: January 19, 2023
      New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                Chief United States District Judge